# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 252 WAL 2019

      Respondent    :

      :   Petition for Allowance of Appeal
      :   from the Order of the Superior Court

      v.    :

JAMES PAUL FINNECY,    :

      Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of February, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Does a single, past conviction for a violent crime constitute a "history of present or past violent behavior" for purposes of the Recidivism Risk Reduction Incentive Act ("RRRI Act"), 61 Pa.C.S. §§ 4501-4512?

Moreover, the parties are directed to address the following threshold issue as well:

> Does a court's failure to apply a RRRI minimum sentence implicate the legality of sentence?